# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Donald Anthony Fitzpatrick**
**Ashley Louise Fitzpatrick**

Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, **Donald Anthony Fitzpatrick and Ashley Louise Fitzpatrick**, the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **5** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **April 29, 2024**

/s/ Donald Anthony Fitzpatrick
**Donald Anthony Fitzpatrick**
Signature of Debtor

Date: **April 29, 2024**

/s/ Ashley Louise Fitzpatrick
**Ashley Louise Fitzpatrick**
Signature of Debtor

I, **John T. Hamilton**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **5** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **April 29, 2024**

/s/ John T. Hamilton
Signature of Attorney
**John T. Hamilton**
**Hamilton Law Offices, PLLC**
**P.O. Box 240**
**Lexington, KY 40588-0240**
**859-523-7010**

Ally Financial
P.O. Box 8133
Cockeysville MD 21030

Ally Financial
500 Woodward Ave.
Detroit MI 48226

America Pool & Spa
265 North Keeneland Drive
Richmond KY 40475

American Express
P.O. Box 981540
El Paso TX 79998

Bank of America
P.O. Box 982234
El Paso TX 79998

Bank of America
P.O. Box 31785
Tampa FL 33631-3785

Barr Credit
c/o Lorene Edwards
3444 N. Country Club Road
Tucson AZ 85716

Capital One
P.O. Box 30285
Salt Lake City UT 84130

Central Bank
P.O. Box 481
Lexington KY 40575

Central Portfolio Control
10249 Yellow Circle Dr.
Suite 200
Hopkins MN 55343

Central Portfolio Control
10249 Yellow Circle Dr.
Suite 200
Minnetonka MN 55343

Chase Card Services
P.O. 15298
Wilmington DE 19850

Collection Bureau of Ft Walton Beach
P.O. Box 4127
Fort Walton Beach FL 32549

Community Trust Bank
346 North Mayo Trail
Pikeville KY 41501

Credit Bureau Systems, Inc.
2541 Sir Barton Way
Lexington KY 40509

Credit Bureau Systems, Inc.
P.O. Box 11788
Lexington KY 40578-1788

Credit One Bank
6801 Cimarron Road
Las Vegas NV 89113

Dept. of Education
Navient
P.O. Box 9635
Wilkes Barre PA 18773

Discover Bank
P.O. Box 3025
New Albany OH 43054

Enerbank USA
650 S. Main Street, Ste. 1000
Salt Lake City UT 84101

Fast Flow Plumbing, LLC
1152 Red Lick Road
Berea KY 40403

First Citizen Bank
155 Commerce Way
Portsmouth NH 03801


First Citizen Bank
239 Fayetteville
Raleigh NC 27601


First Citizen Bank
P.O. Box 856502
Minneapolis MN 55485


Flash Funding LLC
Erica R. Gilerman, esq.
10622 Hirsch Road
Houston TX 77016


GLA Collection Company
P.O. Box 588
Greensburg IN 47240


Home Depot
P.O. Box 2317
Jacksonville FL 32207


Huntington National Bank
P.O. Box 340996
Columbus OH 43234


Internal Revenue Service
P.O. Box 804527
Cincinnati OH 45280-4527


Joseph Baker
c/o Robert L. Roark, esq.
401 Lewis Hargett Circle, Ste. 210
Lexington KY 40503


Kentucky Department of Revenue
Frankfort KY 40619



Kubota Credit Corp., USA
1000 Kubota Drive
Grapevine TX 76051

M & T Bank
P.O. Box 619063
Dallas TX 75261


Master Supply
P.O. Box 34337
Louisville KY 40232


Members Heritage Credit Union
440 Park Place
Lexington KY 40505


Mercedes Benz Financial
P.O. Box 685
Roanoke TX 76262


Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk VA 23541


Rocket Capital NY
Berkovitch & Bouskila, esq
1545 U.S. 202, Ste. 101
Pomona NY 10970


Sams Club
P.O. Box 965060
Orlando FL 32896


Select Portfolio Services
P.O. Box 65250
Salt Lake City UT 84165


Synchrony Bank
attn: Bankruptcy Dept.
P.O. Box 965065
Orlando FL 32896-5065


The Bureaus Inc.
650 Dundee Road, Ste 370
Northbrook IL 60062


Toyota Industries Commercial Finance
P.O. Box 660926
Dallas TX 75266

U.S. Small Business Administration
4300 Amon Carter Blvd.
Fort Worth TX 76155


Unite Mileage Plus
P.O. Box 15123
Wilmington DE 19850


Velocity Capital Group Settlement
Attn: Gene Rosen's Law Firm
200 Garden City Plaza, Ste. 405
Garden City NY 11530


Wells Fargo Bank
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines IA 50328


Western Equipment Finance
P.O. Box 640
Devils Lake ND 58301


Wiseway, LLC
c/o Robert A. McMahon, Esq.
2245 Gilbert Ave., Ste. 101
Cincinnati OH 45206


WLEX Scripps Media, Inc.
P.O. Box 947746
Atlanta GA 30394