UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| IN RE: | Case No. |
|---|---|
| DONALD ANTHONY FITZPATRICK<br>ASHLEY LOUISE FITZPATRICK | Chapter 11, Sub Chapter V |
| Debtors | |

## NOTICE OF COMPLETION OF CREDIT COUNSELING

COME the Debtors, Donald Anthony Fitzpatrick and Ashley Louise Fitzpatrick, by and through Counsel, and hereby provide Notice to the Court and Creditors in this Estate of their completion of Credit Counseling.

Attached hereto as **Exhibits A and B** are the Certificate Of Counseling Education for Donald Anthony Fitzpatrick and the Certificate Of Counseling Education for Ashley Louise Fitzpatrick showing completion of these courses on April 29, 2024.

HAMILTON LAW OFFICES, PLLC

By: _____
John T. Hamilton, KBA #28127
P.O. Box 240
Lexington, Kentucky 40588
Phone:  (859) 523-7010
Cell:     (859) 948-0078
Email:   jhamilton@hamiltonlawky.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice was this day served by service on the Court's Electronic Service List to the following:

U.S. Trustee's Office

on this the 29 day of April, 2024

_____
John T. Hamilton

Certificate Number: 03621-KYE-CC-038424183



03621-KYE-CC-038424183

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 29, 2024</u>, at <u>9:14</u> o'clock <u>AM EDT</u>, <u>Donald A Fitzpatrick</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Kentucky</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   April 29, 2024              By:     /s/Ashley Bradley

                                    Name:   Ashley Bradley

                                    Title:  Credit Counselor


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Exhibit <u>A</u>

Certificate Number: 03621-KYE-CC-038424181



03621-KYE-CC-038424181

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 29, 2024, at 9:14 o'clock AM EDT, Ashley L Fitzpatrick received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Kentucky, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 29, 2024                  By:    /s/Ashley Bradley

                                        Name:  Ashley Bradley

                                        Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Exhibit B