**Fill in this information to identify your case:**

Debtor 1: Donald Anthony Fitzpatrick
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Ashley Louise Fitzpatrick
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: American Pool and Spa
Number Street: 265 North Keeneland Drive
City: Richmond  State: KY  ZIP Code: 40475
Contact:
Contact phone:

What is the nature of the claim? pool

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 3,196.00

**2** ✓
Creditor's Name: Bank of America
Number Street: P.O. Box 982234
City: El Paso  State: TX  ZIP Code: 79998
Contact:
Contact phone:

What is the nature of the claim? credit card debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 7,588.00

Debtor 1 Donald Anthony Fitzpatrick
        First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

### 3. Bank of America
Creditor's Name
P.O. Box 31785
Number    Street

Tampa    FL    33631
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 2,579.00

### 4. Capital One
Creditor's Name
P.O. Box 30285
Number    Street

Salt Lake City    UT    84130
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 5,602.00

### 5. Central Bank
Creditor's Name
P.O. Box 481
Number    Street

Lexington    KY    40575
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 2,699.00

### 6. Central Portfolio Control
Creditor's Name
10249 Yellow Circle Drive
Number    Street
Ste. 200

Hopkins    MN    55343
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? medical expenses

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 3,061.00

### 7. Chase Card Services
Creditor's Name
P.O. Box 15298
Number    Street

Wilmington    DE    19850
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? credit card debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$ 6,100.00

Debtor 1: Donald Anthony Fitzpatrick

Case number (if known): _____

**Unsecured claim**

### 8. Collection Bureau of Ft. Walton Beach
- Address: P.O. Box 4127, Fort Walton, FL 32549
- Nature of the claim: medical expenses
- Unliquidated ☑
- No lien ☑
- Unsecured claim: **$1,361.00**

### 9. Credit Bureau Systems
- Address: 2541 Sir Barton Way, Lexingotn, KY 40509
- Nature of the claim: medical expenses
- Unliquidated ☑
- No lien ☑
- Unsecured claim: **$11,813.00**

### 10. Credit One Bank
- Address: 6801 Cimarron Road, Las Vegas, NV 89113
- Nature of the claim: credit card debt
- Unliquidated ☑
- No lien ☑
- Unsecured claim: **$1,296.00**

### 11. Dept. of Education
- Navient, P.O. Box 9635, Wilkes Barre, PA
- Nature of the claim: student debt
- Unliquidated ☑
- No lien ☑
- Unsecured claim: **$41,638.00**

### 12. Discover Bank
- P.O. Box 3025, New Albany, OH 43054
- Nature of the claim: credit card debt
- Unliquidated ☑
- No lien ☑
- Unsecured claim: **$3,282.00**

Case 24-50512-grs    Doc 4    Filed 04/29/24    Entered 04/29/24 22:25:18    Desc Main
                    Document      Page 4 of 5

Debtor 1  Donald Anthony Fitzpatrick    Case number (if known) _____

|     |     | Unsecured claim |
|-----|-----|-----------------|

### 13. Enerbank USA
**Creditor's Name**
650 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

What is the nature of the claim? **unknown**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**Unsecured claim: $66,589.00**

### 14. GLA Collection Company
**Creditor's Name**
P.O. Box 588
Greensburg, IN 47240

What is the nature of the claim? **medical expenses**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**Unsecured claim: $616.00**

### 15. Members Heritage Credit Union
**Creditor's Name**
440 Park Place
Lexington, KY 40505

What is the nature of the claim? **unknown**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**Unsecured claim: $14,634.00**

### 16. Portfolio Recovery Assoc.
**Creditor's Name**
P.O. Box 12914
Norfolk, VA 23541

What is the nature of the claim? **unknown**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**Unsecured claim: $493.00**

### 17. Sams Club
**Creditor's Name**
P.O. Box 965060
Orlando, FL 32896

What is the nature of the claim? **credit card debt**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim: $_____

**Unsecured claim: $6,535.00**

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  **Donald** (First Name)  **Anthony** (Middle Name)  **Fitzpatrick** (Last Name)    Case number (if known) _____

**Unsecured claim**

### 18
**Synchrony Bank**
Creditor's Name
P.O. Box 965065
Number    Street

Orlando    FL    32896
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **credit card debt**

$ **331.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim       $_____

### 19
**The Bureaus**
Creditor's Name
650 Dundee Road, Ste. 370
Number    Street

Northbrook    IL    60062
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **unknown**

$ **1,000.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim       $_____

### 20
**Wiseway, LLC**
Creditor's Name
c/o Robert A. McMahon, esq.
Number    Street
2245 Gilbert Ave., Ste. 101

Cincinnati    OH    45206
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **judgment**

$ **59,770.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim       $_____

**Part 2: Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signed]_    X _Ashley Fitzpatrick_
Signature of Debtor 1    Signature of Debtor 2

Date  4/29/24    Date 4/29/24
     MM / DD / YYYY        MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5