UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Lexington Division

| | |
|---|---|
| In re:<br><br>Donald Anthony Fitzpatrick<br>Ashley Louise Fitzpatrick<br><br>Debtors. | Case No. 24-50512<br>Chapter 11 |

## Notice of Appearance

Bradley M. Nerderman, enters an appearance in this matter on behalf of Paul A. Randolph, Acting United States Trustee, and requests service of all electronic notifications under the Court's Case Management and Electronic Case Filing System.

Dated: April 30, 2024

**Paul A. Randolph**
Acting United States Trustee

By: */s/ Bradley M. Nerderman*
John L. Daugherty
Assistant U.S. Trustee
Bradley M. Nerderman
Trial Attorney
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822