# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Lexington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

| | |
|---|---|
| In re  Donald Anthony Fitzpatrick<br>Ashley Louise Fitzpatrick<br>1152 Red Lick Road<br>Berea, KY 40403<br>1152 Red Lick Road<br>Berea, KY 40403 | Case No. 24–50512–grs<br><br>Chapter: 11 |

aka/dba:

SSN/TID: xxx–xx–4303
xxx–xx–7552

Debtor(s)

## ORDER TO FILE/AMEND

A Petition having been filed in the above–referenced case on April 29, 2024, and the Court being otherwise properly and sufficiently advised,

It is ORDERED that, within 14 days of the filing date of the Petition, pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, the following document(s) shall be filed with the Court:

Missing document(s) or a portion thereof:

Schedules A–J with Declaration About an Individual Debtor(s) Schedules, Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing for Bankruptcy, Disclosure of Compensation of Attorney for Debtor

Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

DATED: April 30, 2024



By the Court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge