**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE

DONALD ANTHONY FITZPATRICK                                    CASE NO. 24-50512
ASHLEY LOUISE FITZPATRICK

DEBTOR(S)

**ORDER**

The Debtor(s) has requested and received relief pursuant to subchapter V of chapter 11 of the United States Bankruptcy Code, and the Court finding that one or more of the following items was not submitted with the Petition pursuant to 11 U.S.C. § 1187(a) and 11 U.S.C. § 1116(1):

- ☒ most recent balance sheet
- ☒ most recent statement of operations
- ☒ most recent cash-flow statement
- ☒ most recent Federal income tax return

It is ORDERED that, within 3 days of the date of this Order, Debtor(s) shall file the required item(s) accompanied by a declaration of Debtor(s) as required by Fed. R. Bankr. P. 1008, or file a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared, and no Federal income tax return has been filed.  Failure to comply with this Order may result in the dismissal of this case without further notice or hearing.  This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, April 30, 2024
(alf)