**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE

| | |
|---|---|
| **DONALD ANTHONY FITZPATRICK** | **CASE NO. 24-50512** |
| **ASHLEY LOUISE FITZPATRICK** | **CHAPTER 11 – Sub V** |
| **DEBTORS** | |

**ORDER SETTING STATUS CONFERENCE AND
OTHER DEADLINES IN SUBCHAPTER V CASE**

The Debtor has requested and received relief pursuant to subchapter V of chapter 11 of the United States Bankruptcy Code. The Debtor has thereby become a debtor in possession.

It is ORDERED:

The status conference pursuant to 11 U.S.C. § 1188(a) shall be held on **June 18, 2024, at 9:00 a.m. at the United States Bankruptcy Court, Community Trust Bank Building, 100 East Vine Street, Second Floor, Lexington, Kentucky.**

**At least 14 days prior to the date of the status conference,** the Debtor shall file a Status Conference Report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization in accordance with 11 U.S.C. § 1188(c) and serve that report on the Subchapter V Trustee, the U.S. Trustee, and all parties in interest.

It is further ORDERED that KYEB LBR 3003-1 does not apply to cases under subchapter V. Creditors other than governmental units shall file proof of their claim or interest **not later than 70 days following entry of the order for relief.** 11 U.S.C. § 502(b)(9) and FED. R. BANKR. P. 3002(c)(1) shall govern the timing of the filing of proof of claims by governmental units.

It is further ORDERED that any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so **no later than 7 days prior to the first date set for a hearing on confirmation of the plan.**

It is further ORDERED that, within 7 days, the Debtor shall serve a copy of this Order on all creditors and interested parties and file a certificate of service in accordance with KYEB LBR 9022-1.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, April 30, 2024
(grs)