# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

*Filed Electronically*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| DONALD ANTHONY FITZPATRICK | : | |
| ASHLEY LOUISE FITZPATRICK | : | |
| | : | CASE NUMBER: 24-50512 |
| | : | |
| DEBTOR | : | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am, and/or the firm I am employed at, as well as the employees at that firm, are a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $300.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: May 1, 2024.

*/s/Charity S. Bird*
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 W. Main Street, 4th Floor
Louisville, KY 40202
cbird@kaplanjohnsonlaw.com
(502) 540-8285