UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Lexington Division

In re:

Donald Anthony Fitzpatrick
Ashley Louise Fitzpatrick

Debtors.

Case No. 24-50512
Chapter 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Charity S. Bird**
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
E-mail: cbird@kaplanjohnsonlaw.com
Phone: (502) 540-8285

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   May 2, 2024

PAUL A. RANDOLPH
Acting United States Trustee
Region 8

By: _/s/  John L. Daugherty_
John L. Daugherty
Assistant U.S. Trustee
Bradley M. Nerderman
Trial Attorney
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822