United States Bankruptcy Court

Eastern District of Kentucky

In re:  Case No. 24-50512-grs
Donald Anthony Fitzpatrick  Chapter 11
Ashley Louise Fitzpatrick
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0643-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 30, 2024 | Form ID: oamd | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Donald Anthony Fitzpatrick, Ashley Louise Fitzpatrick, 1152 Red Lick Road, Berea, KY 40403-9647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley M. Nerderman | on behalf of U.S. Trustee U.S. Trustee Bradley.Nerderman@usdoj.gov |
| John T. Hamilton | on behalf of Joint Debtor Ashley Louise Fitzpatrick hamilawoff@gmail.com |
| John T. Hamilton | on behalf of Debtor Donald Anthony Fitzpatrick hamilawoff@gmail.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Donald Anthony Fitzpatrick  
    Ashley Louise Fitzpatrick  
    1152 Red Lick Road  
    Berea, KY 40403  
    1152 Red Lick Road  
    Berea, KY 40403  

Case No. 24−50512−grs

Chapter: 11

aka/dba:

SSN/TID: xxx−xx−4303  
        xxx−xx−7552

Debtor(s)

## ORDER TO FILE/AMEND

A Petition having been filed in the above−referenced case on April 29, 2024, and the Court being otherwise properly and sufficiently advised,

It is ORDERED that, within 14 days of the filing date of the Petition, pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, the following document(s) shall be filed with the Court:

Missing document(s) or a portion thereof:

Schedules A−J with Declaration About an Individual Debtor(s) Schedules, Summary of Your Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing for Bankruptcy, Disclosure of Compensation of Attorney for Debtor

Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

DATED: April 30, 2024



By the Court −

/s/Gregory R. Schaaf  
Gregory R. Schaaf  
U.S. Bankruptcy Judge