UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DONALD ANTHONY FITZPATRICK                              CASE NO. 24-50512
ASHLEY LOUISE FITZPATRICK                               CHAPTER 11, Sub V

DEBTORS

---

### DEBTORS' CERTIFICATE OF SERVICE

COME the Debtors, by and through counsel, and hereby certify that they have served a copy of the Order Setting Status Conference and Other Deadlines in this case, dated April 30, 2024, (Doc. 10) to all creditors and interested parties on this, the 6th day of May, 2024, through the Court's ECF filing system or by regular mail, postage prepaid.

HAMILTON LAW OFFICES, PLLC

By: _____
John T. Hamilton, KBA # 28127
P.O. Box 240
Lexington, KY  40588
Phone:  (859) 523-7010
jhamilton@hamiltonlawky.com
*Counsel for Debtors*