**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **IN RE: DONALD ANTHONY FITZPATRICK and ASHLEY LOUISE FITZPATRICK,** | CASE NO.: 24-50512-grs |
| Debtors. | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Attorney Robert A. McMahon of the law firm of Eberly McMahon Copetas LLC hereby enters his appearance in this action on behalf of Creditor Wiseway, LLC pursuant to Rules 2002, 9007, and 9010 of the *Federal Rules of Bankruptcy*, and Section 102(1) of the Bankruptcy Code, and any other applicable Code sections and Rules, and hereby respectfully requests that copies of all notices and pleadings given and/or filed in this matter be duly served upon Counsel at the address and contact information set forth below, and that said service information be added to the schedules on file with the Clerk:

> Robert A. McMahon
> Eberly McMahon Copetas LLC
> 2245 Gilbert Ave. Suite 101
> Cincinnati, OH 45206
> (513) 533-3441
> (513) 533-3554 Fax
> bmcmahon@emclawyers.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules set forth above, but also includes, without limitation, service of any and all notices, orders, hearing dates, applications, motions, responses, replies, petitions, requests,

complaints, answers, demands, schedules of assets and liabilities, statements of affairs, operating reports, plans and disclosure statements, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, courier, facsimile, e-mail, or otherwise.

DATED:	May 9, 2024			Respectfully submitted,

/s/ Robert A. McMahon
Robert A. McMahon (0064319)
Eberly McMahon Copetas LLC
2245 Gilbert Ave. Suite 101
Cincinnati, OH 45206
(513) 533-3441
(513) 533-3554 Fax
bmcmahon@emclawyers.com
*Counsel for Creditor Wiseway, LLC*

### CERTIFICATE OF SERVICE

I certify that on May 9, 2024 a copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically via the Court's Electronic Case Filing System and was served on or about the aforementioned date upon all persons registered by operation of the Court's Electronic Case Filing System.

/s/  Robert A. McMahon