United States Bankruptcy Court

Eastern District of Kentucky

In re:  
Donald Anthony Fitzpatrick  
Ashley Louise Fitzpatrick  
    Debtors

Case No. 24-50512-grs  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0643-5 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: 309E2 | Total Noticed: 55 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Anthony Fitzpatrick, Ashley Louise Fitzpatrick, 1152 Red Lick Road, Berea, KY 40403-9647 |
| tr | + | Charity S Bird, 710 West Main Street, Fourth Floor, Louisville, KY 40202-2698 |
| 7182570 | + | AMERICA POOL & SPA, 265 NORTH KEENELAND DRIVE, RICHMOND KY 40475-8523 |
| 7182574 | + | BARR CREDIT, C/O LORENE EDWARDS, 3444 N. COUNTRY CLUB ROAD, TUCSON AZ 85716-0815 |
| 7182576 | + | CENTRAL BANK, P.O. BOX 481, LEXINGTON KY 40588-0481 |
| 7182588 | + | FAST FLOW PLUMBING, LLC, 1152 RED LICK ROAD, BEREA KY 40403-9647 |
| 7182589 | + | FIRST CITIZEN BANK, 155 COMMERCE WAY, PORTSMOUTH NH 03801-3243 |
| 7182590 | + | FIRST CITIZEN BANK, 239 FAYETTEVILLE, RALEIGH NC 27601-1309 |
| 7182591 | + | FIRST CITIZEN BANK, P.O. BOX 856502, MINNEAPOLIS MN 55485-6502 |
| 7182592 | + | FLASH FUNDING LLC, ERICA R. GILERMAN, ESQ., 10622 HIRSCH ROAD, HOUSTON TX 77016-2622 |
| 7182594 | + | HOME DEPOT, P.O. BOX 2317, JACKSONVILLE FL 32203-2317 |
| 7182597 | + | JOSEPH BAKER, C/O ROBERT L. ROARK, ESQ., 401 LEWIS HARGETT CIRCLE, STE. 210, LEXINGTON KY 40503-3565 |
| 7182598 | + | KENTUCKY DEPARTMENT OF REVENUE, FRANKFORT KY 40619-0001 |
| 7182605 | + | ROCKET CAPITAL NY, BERKOVITCH & BOUSKILA, ESQ, 1545 U.S. 202, STE. 101, POMONA NY 10970-2951 |
| 7182610 | + | TOYOTA INDUSTRIES COMMERCIAL FINANCE, P.O. BOX 660926, DALLAS TX 75266-0926 |
| 7182611 | + | U.S. SMALL BUSINESS ADMINISTRATION, 4300 AMON CARTER BLVD., FORT WORTH TX 76155-2652 |
| 7182613 | + | VELOCITY CAPITAL GROUP SETTLEMENT, ATTN: GENE ROSEN'S LAW FIRM, 200 GARDEN CITY PLAZA, STE. 405, GARDEN CITY NY 11530-3338 |
| 7182616 | + | WISEWAY, LLC, C/O ROBERT A. MCMAHON, ESQ., 2245 GILBERT AVE., STE. 101, CINCINNATI OH 45206-3000 |
| 7182617 | + | WLEX SCRIPPS MEDIA, INC., P.O. BOX 947746, ATLANTA GA 30394-7746 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: hamilawoff@gmail.com | May 07 2024 22:07:00 | John T. Hamilton, PO Box 240, Lexington, KY 40588 |
| 7185489 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 22:17:11 | ALLY BANK DEPARTMENT, AIS PORTFOLIO SERVICES LLC, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY OK 73118-7901 |
| 7182568 | + | Email/Text: ally@ebn.phinsolutions.com | May 07 2024 22:07:00 | ALLY FINANCIAL, P.O. BOX 8133, COCKEYSVILLE MD 21030-8133 |
| 7182569 | + | Email/Text: ally@ebn.phinsolutions.com | May 07 2024 22:07:00 | ALLY FINANCIAL, 500 WOODWARD AVE., DETROIT MI 48226-3416 |
| 7182571 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2024 22:16:57 | AMERICAN EXPRESS, P.O. BOX 981540, EL PASO TX 79998-1540 |
| 7182572 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 07 2024 22:07:00 | BANK OF AMERICA, P.O. BOX 982234, EL PASO TX 79998 |
| 7182573 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 07 2024 22:07:00 | BANK OF AMERICA, P.O. BOX 31785, TAMPA FL 33631-3785 |

| | | | | |
|---|---|---|---|---|
| District/off: 0643-5 | | User: admin | | Page 2 of 4 |
| Date Rcvd: May 07, 2024 | | Form ID: 309E2 | | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 7185413 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 07 2024 22:07:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 7182575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 22:05:52 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 7182577 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | May 07 2024 22:07:00 | CENTRAL PORTFOLIO CONTROL, 10249 YELLOW CIRCLE DR., SUITE 200, HOPKINS MN 55343-9111 |
| 7182578 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | May 07 2024 22:07:00 | CENTRAL PORTFOLIO CONTROL, 10249 YELLOW CIRCLE DR., SUITE 200, MINNETONKA MN 55343-9111 |
| 7182580 | + | Email/Text: nita.hosfelt@reducear.com | May 07 2024 22:07:00 | COLLECTION BUREAU OF FT WALTON BEACH, P.O. BOX 4127, FORT WALTON BEACH FL 32549-4127 |
| 7182581 | | Email/Text: bankruptcy@ctbi.com | May 07 2024 22:07:00 | COMMUNITY TRUST BANK, 346 NORTH MAYO TRAIL, PIKEVILLE KY 41501 |
| 7182582 | + | Email/Text: BankruptcyLex@credit-bureau.com | May 07 2024 22:07:00 | CREDIT BUREAU SYSTEMS, INC., 2541 SIR BARTON WAY, LEXINGTON KY 40509-2292 |
| 7182583 | | Email/Text: BankruptcyLex@credit-bureau.com | May 07 2024 22:07:00 | CREDIT BUREAU SYSTEMS, INC., P.O. BOX 11788, LEXINGTON KY 40578-1788 |
| 7182584 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2024 22:17:09 | CREDIT ONE BANK, 6801 CIMARRON ROAD, LAS VEGAS NV 89113-2273 |
| 7182585 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 07 2024 22:17:21 | DEPT. OF EDUCATION, NAVIENT, P.O. BOX 9635, WILKES BARRE PA 18773-9635 |
| 7182586 | + | Email/Text: mrdiscen@discover.com | May 07 2024 22:07:00 | DISCOVER BANK, P.O. BOX 3025, NEW ALBANY OH 43054-3025 |
| 7182587 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | May 07 2024 22:07:00 | ENERBANK USA, 650 S. MAIN STREET, STE. 1000, SALT LAKE CITY UT 84101-2844 |
| 7182590 | + | Email/Text: bkl@firstcitizens.com | May 07 2024 22:07:00 | FIRST CITIZEN BANK, 239 FAYETTEVILLE, RALEIGH NC 27601-1309 |
| 7182589 | ^ | MEBN | May 07 2024 22:01:00 | FIRST CITIZEN BANK, 155 COMMERCE WAY, PORTSMOUTH NH 03801-3243 |
| 7182593 | | Email/Text: bankruptcy@glacompany.com | May 07 2024 22:07:00 | GLA COLLECTION COMPANY, P.O. BOX 588, GREENSBURG IN 47240 |
| 7182595 | + | Email/Text: bankruptcy@huntington.com | May 07 2024 22:07:00 | HUNTINGTON NATIONAL BANK, P.O. BOX 340996, COLUMBUS OH 43234-0996 |
| 7182596 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2024 22:07:00 | INTERNAL REVENUE SERVICE, P.O. BOX 804527, CINCINNATI OH 45280-4527 |
| 7182579 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2024 22:06:08 | CHASE CARD SERVICES, P.O. 15298, WILMINGTON DE 19850 |
| 7182612 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2024 22:17:21 | UNITED MILEAGE PLUS, P.O. BOX 15123, WILMINGTON DE 19850 |
| 7182599 | ^ | MEBN | May 07 2024 22:00:57 | KUBOTA CREDIT CORP., USA, 1000 KUBOTA DRIVE, GRAPEVINE TX 76051-2334 |
| 7182600 | + | Email/Text: camanagement@mtb.com | May 07 2024 22:07:00 | M & T BANK, P.O. BOX 619063, DALLAS TX 75261-9063 |
| 7182601 | + | Email/Text: slcranmer@masterssupply.net | May 07 2024 22:07:00 | MASTER SUPPLY, P.O. BOX 34337, LOUISVILLE KY 40232-4337 |
| 7182602 | | Email/Text: collections@mhfcu.org | May 07 2024 22:07:00 | MEMBERS HERITAGE CREDIT UNION, 440 PARK PLACE, LEXINGTON KY 40505 |
| 7182603 | + | Email/Text: M74banko@mercedes-benz.com | May 07 2024 22:07:00 | MERCEDES BENZ FINANCIAL, P.O. BOX 685, ROANOKE TX 76262-0685 |

Case 24-50512-grs    Doc 22    Filed 05/09/24    Entered 05/10/24 00:07:12    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0643-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: 309E2 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 7182604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2024 22:16:57 | | PORTFOLIO RECOVERY ASSOC., P.O. BOX 12914, NORFOLK VA 23541 |
| 7182606 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 07 2024 22:17:04 | | SAMS CLUB, P.O. BOX 965060, ORLANDO FL 32896-5060 |
| 7182607 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 07 2024 22:07:00 | | SELECT PORTFOLIO SERVICES, P.O. BOX 65250, SALT LAKE CITY UT 84165-0250 |
| 7182608 | | Email/PDF: ais.sync.ebn@aisinfo.com May 07 2024 22:06:32 | | SYNCHRONY BANK, ATTN: BANKRUPTCY DEPT., P.O. BOX 965065, ORLANDO FL 32896-5065 |
| 7182609 | + | Email/Text: bnc-thebureaus@quantum3group.com May 07 2024 22:07:00 | | THE BUREAUS INC., 650 DUNDEE ROAD, STE 370, NORTHBROOK IL 60062-2757 |
| 7182614 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com May 07 2024 22:06:34 | | WELLS FARGO BANK, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES IA 50328-0001 |
| 7182615 | + | Email/Text: wefsag@westernequipmentfinance.com May 07 2024 22:07:00 | | WESTERN EQUIPMENT FINANCE, P.O. BOX 640, DEVILS LAKE ND 58301-0640 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7182567 | | CREDITOR'S MATRIX |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024                 Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley M. Nerderman | on behalf of U.S. Trustee U.S. Trustee Bradley.Nerderman@usdoj.gov |
| Charity S Bird | cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;KY60@ecfcbis.com;charity-bird-9970@ecf.pacerpro.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| John T. Hamilton | on behalf of Joint Debtor Ashley Louise Fitzpatrick hamilawoff@gmail.com |
| John T. Hamilton | on behalf of Debtor Donald Anthony Fitzpatrick hamilawoff@gmail.com |
| U.S. Trustee | |

District/off: 0643-5 | User: admin | Page 4 of 4
Date Rcvd: May 07, 2024 | Form ID: 309E2 | Total Noticed: 55

ustpregion08.lx.ecf@usdoj.gov

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Donald Anthony Fitzpatrick<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4303<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Ashley Louise Fitzpatrick<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7552<br>__–_____ |
| United States Bankruptcy Court: | Eastern District of Kentucky | Date case filed for chapter: | 11   4/29/24 |
| Case number: | 24–50512–grs | | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)
### Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Donald Anthony Fitzpatrick | Ashley Louise Fitzpatrick |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1152 Red Lick Road<br>Berea, KY 40403 | 1152 Red Lick Road<br>Berea, KY 40403 |
| 4. **Debtor's attorney**<br>Name and address | John T. Hamilton<br>PO Box 240<br>Lexington, KY 40588 | Contact phone  (859) 948–0078<br>Email  hamilawoff@gmail.com |
| 5. **Bankruptcy trustee**<br>Name and address | Charity S Bird<br>710 West Main Street<br>Fourth Floor<br>Louisville, KY 40202 | Contact phone 502–540–8285<br>Email:  cbird@kaplanjohnsonlaw.com |

**For more information, see page 2 >**

| Debtor **Donald Anthony Fitzpatrick** and **Ashley Louise Fitzpatrick** | | Case number **24–50512–grs** |

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street Ste 200<br>Lexington, KY 40507–1430 | Hours open:<br>9:00am – 3:00pm, Monday – Friday<br><br>Contact phone (859) 233–2608<br><br>Date: 5/7/24 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 28, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br>**Telephonic Meeting of Creditors, please call five minutes in advance, Conference Number: 866–916–7345, Passcode: 6721716#** |
| **8.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: _____.**<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 7/8/24<br>**For a governmental unit:**           10/28/24<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor  **Donald Anthony Fitzpatrick**  and  **Ashley Louise Fitzpatrick**     Case number **24–50512–grs**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |