**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Donald** | **Anthony** | **Fitzpatrick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ashley** | **Louise** | **Fitzpatrick** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number   **24-50512-grs**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2.** List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name | Describe the property that secures the claim:<br>**2024 GMC Sierra** | **$105,935.00** | **$110,000.00** | **$0.00** |

P.O. Box 8133
Cockeysville, MD 21030

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **5/2023**       Last 4 digits of account number   **9601**

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 5

| Debtor 1 | Donald Anthony Fitzpatrick | | Case number (if known) | 24-50512-grs |
|---|---|---|---|---|
| | First Name / Middle Name / Last Name | | | |
| Debtor 2 | Ashley Louise Fitzpatrick | | | |
| | First Name / Middle Name / Last Name | | | |

---

### 2.2 Bank of America
**Creditor's Name**

P.O. Box 982234
El Paso, TX 79998

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2023 Cadillac

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$97,400.00    $95,000.00    $2,400.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 6/2023        **Last 4 digits of account number** 9304

---

### 2.3 Bank of America
**Creditor's Name**

P.O. Box 31785
Tampa, FL 33631-3785

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2019 Toyota Tundra

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$42,410.00    $42,000.00    $410.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred**            **Last 4 digits of account number**

---

### 2.4 Community Trust Bank
**Creditor's Name**

P.O. Box 2947
Pikeville, KY 41501

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** 2020 Chevy Silverado

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$45,865.43    $20,000.00    $25,865.43

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 6/2023        **Last 4 digits of account number** 0943

---

Debtor 1  **Donald Anthony Fitzpatrick**
         First Name    Middle Name    Last Name

Debtor 2  **Ashley Louise Fitzpatrick**
         First Name    Middle Name    Last Name

Case number (if known)  **24-50512-grs**

| 2.5 | **Community Trust Bank** | Describe the property that secures the claim: | $10,875.25 | $12,000.00 | $0.00 |

Creditor's Name

**2000 Pontiac 2FV87**

P.O. Box 2947
Pikeville, KY 41501

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **1/21**    Last 4 digits of account number

| 2.6 | **Huntington National Bank** | Describe the property that secures the claim: | $28,007.00 | Unknown | Unknown |

Creditor's Name

**Automobile - DEBTOR WILL SUPPLEMENT**

P.O. Box 340996
Columbus, OH 43234

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **8/2021**    Last 4 digits of account number  **1994**

Debtor 1  **Donald Anthony Fitzpatrick**
         First Name    Middle Name    Last Name

Debtor 2  **Ashley Louise Fitzpatrick**
         First Name    Middle Name    Last Name

Case number (if known)  **24-50512-grs**

### 2.7 Members Heritage Credit Union
Creditor's Name

**440 Park Place**
**Lexington, KY 40505**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**2016 Hyundai**

$5,842.00   Unknown   Unknown

As of the date you file, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **5/2021**
Last 4 digits of account number  **2200**

---

### 2.8 Members Heritage Credit Union
Creditor's Name

**440 Park Place**
**Lexington, KY 40505**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**2021 Keystone 32BH Camper**

$18,728.00   $10,000.00   $8,728.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred
Last 4 digits of account number  **2801**

| Debtor 1 | **Donald Anthony Fitzpatrick** | | Case number (if known) | **24-50512-grs** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | **Ashley Louise Fitzpatrick** | | | |
| | First Name    Middle Name    Last Name | | | |

---

**2.9** **Mercedes Benz Financial Services**
Creditor's Name

P.O. Box 5209
Carol Stream, IL 60197
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** 9/2022

**Describe the property that secures the claim:**
2022 Mercedes S580V4

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 9001

$119,222.00    $85,000.00    $34,222.00

---

**2.10** **Select Portfolio Services**
Creditor's Name

P.O. Box 65250
Salt Lake City, UT 84165
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**
1152 Red Lick Road Berea, KY 40403  Madison County

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 4423

$331,366.00    $337,500.00    $0.00

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$805,650.68**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$805,650.68**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.