**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Donald** First Name | **Anthony** Middle Name | **Fitzpatrick** Last Name |
| Debtor 2 (Spouse if, filing) | **Ashley** First Name | **Louise** Middle Name | **Fitzpatrick** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): 24-50512-grs

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | Various Equipment and Vehicle Leases<br><br>DEBTOR WILL SUPPLEMENT |

Fill in this information to identify your case:

Debtor 1: **Donald Anthony Fitzpatrick**
First Name / Middle Name / Last Name

Debtor 2: **Ashley Louise Fitzpatrick**
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): 24-50512-grs

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.1 **Fast Flow Plumbing, LLC**
1152 Red Lick Road
Berea, KY 40403

☐ Schedule D, line ____
■ Schedule E/F, line 4.42
☐ Schedule G ____
**Flash Funding LLC**

3.2 **Fast Flow Plumbing, LLC**
1152 Red Lick Road
Berea, KY 40403

☐ Schedule D, line ____
■ Schedule E/F, line 4.56
☐ Schedule G ____
**Rocket Capital NY**

3.3 **Fast Flow Plumbing, LLC**
1152 Red Lick Road
Berea, KY 40403

☐ Schedule D, line ____
■ Schedule E/F, line 4.68
☐ Schedule G ____
**Wiseway, LLC**

| Debtor 1 | Donald Anthony Fitzpatrick<br>Ashley Louise Fitzpatrick | | Case number *(if known)* 24-50512-grs |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.65<br>☐ Schedule G _____<br>**Velocity Capital Group Settlement** |
| 3.5 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.4<br>☐ Schedule G _____<br>**American Express** |
| 3.6 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.16<br>☐ Schedule G _____<br>**Chase United** |
| 3.7 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.41<br>☐ Schedule G _____<br>**First Citizen Bank** |
| 3.8 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.42<br>☐ Schedule G _____<br>**Flash Funding LLC** |
| 3.9 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.45<br>☐ Schedule G _____<br>**Home Depot** |
| 3.10 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.49<br>☐ Schedule G _____<br>**Kentucky Department of Revenue** |
| 3.11 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line _____<br>■ Schedule E/F, line 4.51<br>☐ Schedule G _____<br>**M & T Bank** |

| Debtor 1 | Donald Anthony Fitzpatrick<br>Ashley Louise Fitzpatrick | Case number (if known) 24-50512-grs |

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G ____<br>**Master Supply** |
| 3.13 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ■ Schedule D, line __2.9__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Mercedes Benz Financial Services** |
| 3.14 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G ____<br>**Rocket Capital NY** |
| 3.15 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G ____<br>**Velocity Capital Group Settlement** |
| 3.16 | Fast Flow Plumbing, LLC<br>1152 Red Lick Road<br>Berea, KY 40403 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G ____<br>**Wiseway, LLC** |
| 3.17 | Flash Funding LLC<br>Erica R. Gilerman, esq.<br>10622 Hirsch Road<br>Houston, TX 77016 | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G ____<br>**GMC Financial** |
| 3.18 | Virginia Jones<br>236 Red Lick Road<br>Berea, KY 40403<br>Co-Debtor on 2016 Hyundai Accent | ■ Schedule D, line _2.7_<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Members Heritage Credit Union** |