UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | | |
|---|---|---|
| DONALD ANTHONY FITZPATRICK | ) | CASE NO. 24-50512 |
| ASHLEY LOUISE FITZPATRICK | ) | CHAPTER 13 |
| DEBTORS | ) | |

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Members Heritage Credit Union ("Members Heritage"), a creditor and party-in-interest herein, hereby appears by its undersigned counsel, in accordance with Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. Section 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the attorney at the address set forth below:

Amelia M. Adams, Esq.
KBA Bar #93038
Stoll Keenon Ogden PLLC
300 West Vine Street, #2100
Lexington  Kentucky  40507-1801
Telephone:  (859) 231-3000
Facsimile:   (859) 253-1093
E-mail: amelia.adams@skofirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or

otherwise which affect or seek to affect in any way any rights or interests of Members Heritage.

PLEASE TAKE FURTHER NOTICE that Members Heritage intends that neither this Notice of Appearance nor any later pleading, claim or suit shall waive (1) the right of Members Heritage to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) the right of Members Heritage to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of Members Heritage to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Members Heritage is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Members Heritage expressly reserves.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice was served on the following interested parties via electronic filing or via United States Mail, First Class, postage prepaid, this 15th day of May, 2024.

Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky  40507-1801

By: /s/ Amelia M. Adams

## **SERVICE LIST**

John T. Hamilton
Attorney for Debtors
P.O. Box 240
Lexington, KY 40588

Charity S. Bird
Chapter 11 Trustee
710 W. Main Street, Fourth Floor
Louisville, KY 40202

Donald Anthony Fitzpatrick
Ashley Louise Fitzpatrick
1152 Red Lick Road
Berea, KY 40403

LEX 006421/182594/4892 8187 8718