IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DONALD ANTHONY FITZPATRICK and                     CASE NO. 24-50512-grs
ASHLEY LOUISE FITZPATRICK                          CHAPTER 11

    DEBTORS.

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE AND NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 11 proceeding as counsel on behalf of Community Trust Bank, Inc. and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtor to be served upon:

> Martin B. Tucker, Esq.
> Dinsmore & Shohl LLP
> 100 West Main Street, Suite 900
> Lexington, Kentucky 40507
> Tel.: (859) 425-1000
> Fax: (859) 425-1099
> E-mail: martin.tucker@dinsmore.com

    **PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Community Trust Bank, Inc., specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference

withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Community Trust Bank, Inc. is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: May 23, 2024.

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Martin B. Tucker
Martin B. Tucker, Esq. (KBA# 89992)
100 West Main Street, Suite 900
Lexington, Kentucky 40507
Tel.: (859) 425-1000
Fax: (859) 425-1099
E-mail: martin.tucker@dinsmore.com
***Attorneys for Creditor,
Community Trust Bank, Inc.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the 23rd day of May, 2024 to all the parties served by the Court via CM/ECF noticing.

/s/ Martin B. Tucker
***Attorney for Creditor,
Community Trust Bank, Inc.***

#43596224v2