## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 24-50512 |
| | ) | Chapter 11 – Subchapter V |
| Donald Anthony Fitzpatrick, and | ) | |
| Ashley Louise Fitzpatrick | ) | Hon. Gregory R. Schaaf |
| | ) | United States Bankruptcy Judge |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Erika Barnes, of the firm of Stites & Harbison, PLLC, and files this Notice of Appearance and Request for Notices as attorney for Mercedes-Benz Financial Services USA LLC, a creditor and party in interest in the above-styled case, and requests receipt of all notices and orders entered in the case.

*/s/ Erika R. Barnes*
Erika R. Barnes (KY Bar No. 90402)
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com
*Attorney for Mercedes-Benz Financial Services USA LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, service of a true and accurate copy of the foregoing by electronic means has been made in accordance with the method established under the Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

/s/ Erika R. Barnes
Erika R. Barnes

Debtor
Attorney for Debtor
All parties listed on the matrix