UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DONALD ANTHONY FITZPATRICK  
ASHLEY LOUISE FITZPATRICK

CASE NO. 24-50512
CHAPTER 11, Sub V

DEBTORS

---

### DEBTORS' MOTION FOR TURNOVER OF VEHICLES AND MOTION FOR SANCTIONS AGAINST WISEWAY, LLC AND ROBERT A. MCMAHON FOR VIOLATION OF AUTOMATIC STAY

COME the Debtors, Donald and Ashley Fitzpatrick, by and through counsel, and, pursuant to Bankruptcy Rules 2002 and 7001 and Local Rule 9014-1, file this Motion for Turnover of a 2007 Chevrolet Silverado and a 2020 Chevrolet Silverado currently being held by the Fayette County Sheriff pursuant to an Execution Order from the Boone Circuit Court.

In support of this Motion, the Debtors state as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(B)(2). Venue over this Chapter 11 case is proper in this district pursuant to 28 U.S.C. § 1408 and 1409.

2. The statutory authority for this Motion is Local Rule 9014-1(c), 9013-1(c), Bankruptcy Rule 9006(c), and 11 U.S.C. § 362 (Automatic Stay) as well as 11 U.S.C. § 543 (Turnover of Property by a Custodian).

**BACKGROUND AND TIMELINE**

3. This bankruptcy proceeding was filed by the Debtors as a voluntary Chapter 11, under Subpart V of the Bankruptcy Code, on April 29, 2024.

4. Prior to the filing of the Bankruptcy Petition, the Debtors were parties to a civil lawsuit filed by Wiseway, LLC, in Boone Circuit Court, styled <u>Wiseway, LLC v. Fast Flow Plumbing, LLC & Donald and Ashley Fitzpatrick</u>, Case Number 23-CI-01268, filed on September 15, 2023.

5. In the Boone Circuit Court action, the Debtors were sued as guarantors of a debt asserted against Fast Flow Plumbing, LLC, for the amount of $39,110.81. The Debtors are 50/50 owners of Fast Flow Plumbing, LLC. Fast Flow filed a Petition under Chapter 11, Subpart V, of the U.S. Bankruptcy Code on March 26, 2024.

6. A judgment was obtained against Fast Flow Plumbing, LLC, and the Debtors herein personally, on March 5, 2024, in the amount of $39,110.81 plus attorney's fees of $15,696.50 for a total of $59,770.63.

7. Counsel for Wiseway, LLC, Robert A. McMahon, caused an Execution Order to be issued against the Debtors on April 25, 2024, and, pursuant to that Execution Order, the Fayette County Sheriff seized two vehicles owned by the Debtors on April 26, 2024. Those vehicles seized were a 2007 Chevrolet Silverado (see Registration Certificate attached hereto as **EXHIBIT A**) and a 2020 Chevrolet Silverado (see Certificate of Title attached hereto as **EXHIBIT B**). Both of these vehicles were leased by the Debtors to Fast Flow Plumbing, LLC, for use in that company's business, but in fact are owned by the individual Debtors in this case.

8.  Three days after the seizure of these vehicles by the Fayette County Sheriff, Donald and Ashley Fitzpatrick filed these Chapter 11 proceedings. A Notice of Bankruptcy was filed with the Boone Circuit Court in Wiseway v. Fast Flow Plumbing (attached hereto as **EXHIBIT C**) and was served upon counsel for Wiseway Robert McMahon, and the Fayette County Sheriff through service upon John Hayne, First Assistant Fayette County Attorney.

9.  By letter dated April 30, 2024, sent to Robert A. McMahon, the Debtors demanded a release of the motor vehicles by the sheriff and that Wiseway, through its counsel, cease and desist any further collection activities against the Debtors or property of the Debtors' estate (attached hereto as **EXHIBIT D**). A copy of that letter was also sent to John Hayne, First Assistant Fayette County Attorney.

10. As a follow up to the April 30 letter, counsel for the Debtors sent an email to Robert McMahon on May 1, 2024 (attached hereto as **EXHIBIT E**), again demanding turnover of the two vehicles and discontinuance of any collection activities against these vehicles, citing a violation of the Automatic Stay in effect pursuant to 11 U.S.C. § 362. A similar email was sent to John Hayne, First Assistant Fayette County Attorney, on May 1, 2024 (**EXHIBIT E**, attached hereto).

11. In response to the May 1 email from Debtors' counsel, John Hayne sent an email to Debtors' counsel, dated May 2, 2024, stating he would continue to hold the vehicles for and on behalf of Wiseway Plumbing (attached hereto as **EXHIBIT F**). Several days later, on May 6, 2024, Robert McMahon sent an email to Debtors' counsel and John Hayne indicating that as counsel for Wiseway, LLC, he would not authorize the Fayette County Sheriff to release the vehicles and stating that he was entitled to continue to hold

vehicles based upon the pre-petition seizure by the Fayette County Sheriff and the Boone Circuit Court Execution Order (attached hereto as **EXHIBIT G**).

12. As of the date of filing of this Motion, both the judgment creditor, Wiseway, LLC, and the property custodian, Fayette County Sheriff, continue to hold the Debtors' vehicles, in violation of the Automatic Stay set forth in 11 U.S.C. § 362, and have failed and refused to return those vehicles to the Debtors, in violation of 11 U.S.C. § 543(b).

13. The Debtors believe that the actions of Wiseway, LLC, and its counsel, Robert McMahon, constitute a continuing violation of the Automatic Stay provisions of Section 362 of the Bankruptcy Code, and are an attempt to recover and extort monies from the Debtors and the Debtors' assets, based on a claim and execution arising prior to the bankruptcy action. Without this Court's intervention, Wiseway and the Fayette County Sheriff, through the Fayette County Attorney's Office, have made it clear in writing that they will continue their violation of the Automatic Stay and their refusal to turn over property of the estate to the Debtors.

## RELIEF REQUESTED

14. For the foregoing reasons described above, the Debtors request an Order of this Court directing Wiseway, LLC, Robert McMahon, and the Fayette County Sheriff to immediately turn over the two vehicles which are the subject of this Motion, pursuant to the provisions of 11 U.S.C. § 543. Further, the Debtors request an Order of this Court issuing sanctions against Wiseway, LLC, and its counsel, Robert McMahon, for clear violation of the Automatic Stay, including, but not limited to, business losses incurred by Fast Flow Plumbing, LLC, for loss of use of the vehicles for a period of over 30 days; and

4

all costs and attorney's fees incurred by Debtors' counsel in seeking stay violations, and turnover compliance.

### GOOD FAITH CERTIFICATION

15. The Debtors and their undersigned counsel have diligently attempted to obtain possession of the Debtors' vehicles through extensive emails, telephone calls, and written correspondence, sent both to counsel for Wiseway, LLC, and counsel for the Fayette County Sheriff, all to no avail.

### PROPOSED ORDER

16. Pursuant to Local Rule 9013-1(c), a Proposed Order is tendered as an attachment to this Motion.

WHEREFORE, the Debtors pray for the appropriate Order of this Court based upon the terms set forth in the attached Proposed Order and any and all other relief to which the Debtors may be entitled.

### NOTICE OF HEARING

NOTICE is hereby given that the foregoing Motion will come on for hearing before the United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division, on Tuesday, the 18th day of June, 2024, at the hour of 9:00 a.m., at the U.S. Bankruptcy

Courtroom, 100 East Vine Street, Lexington, Kentucky, or as soon thereafter as counsel may be heard.

HAMILTON LAW OFFICES, PLLC

By: _/s/ John T. Hamilton_
John T. Hamilton, KBA # 28127
Hamilton Law Offices, PLLC
P.O. Box 240
Lexington, KY 40588
Phone: (859) 523-7010
jhamilton@hamiltonlawky.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and attached Proposed Order was served through this court's ECF filing system or by U.S. mail, postage prepaid, upon the following parties and all other parties and counsel of record receiving notice via CM/ECF :

Charity S. Bird, Chapter 11 Trustee

John L. Daugherty & Bradley M. Nerderman
Office of U.S. Trustee
100 E. Vine St., Ste. 500
Lexington, KY 40507

Robert A. McMahon, Esq.
2245 Gilbert Ave., Ste. 101
Cincinnati, OH 45206

John Hayne, First Assistant Fayette County Attorney
201 E. Main St., Ste. 600
Lexington, KY 40507

On this, the **3rd** day of **June**, 2024.

_/s/ John T. Hamilton_
John T. Hamilton
*Counsel for Debtors*

A. PLACE THE NEW STICKER DIRECTLY ON THE CORNER OF THE LICENSE PLATE.
B. Make sure the area where the new sticker is to be placed is clean and dry.
C. Peel the new sticker from the backing and place on license plate.
D. Press the sticker onto the plate to make sure it is firmly affixed.

1. You must have this certificate in order to renew the registration of this vehicle before the expiration date.
   THERE IS NO GRACE PERIOD ON ANY DECAL EXPIRATION DATE.
   A. Passenger cars and motorcycles are on a year-round registration system and may be renewed two months before the expiration date of this vehicle.
   B. For commercial vehicles registered under KRS 186.050(3) through (14), the certificate will be valid through March 31.
   C. Trailer registration will also be valid through March 31.
   D. Motorboats expire April 30 of each year.
2. This certificate (or a copy) must be carried in this vehicle (except motorcycle) at all times and be available for inspection by any peace officer.
3. Making a false statement in any part of this application will subject the party to a fine of not less than $20.00 nor more than $100.00 as set out in KRS 186.990(1)

03 K 25
Y
701545
PEEL HERE



**COMMONWEALTH OF KENTUCKY**
**CERTIFICATE OF REGISTRATION**

PLATE NUMBER
08  701545

CONTROL NO.
24-026-076-0-TA-00727

TRANSACTION DESCRIPTION
Renewal

PREV. PLATE NO.

| EXPIRES | PLATE DESCRIPTION | REGIST WT | REGIST EXEMPTION |
|---|---|---|---|
| 03/31/2025 | TRUCK 10000# | 10000 | |

| VEHICLE TYPE | VEHICLE IDENTIFICATION | ODOMETER | TITLE NO |
|---|---|---|---|
| Truck | 1GCHC29KX7E600130 | 290000 | 210900760167 |

| VEH.YR. | B-STYLE | COLOR | MAKE | MODEL |
|---|---|---|---|---|
| 2007 | PK | BLU | CHEV | PICKUP |


NOT VALID FOR TRANSFER OF OWNERSHIP

OWNER(S) NAME(S)  ADDRESS
FITPATRICK, ASHLEY

1152 Red Lick Rd
BEREA         KY     40403

LIEN INFORMATION:
LIEN 1:
LIEN 2:

LESSEES/EMPLOYEES:

| | | |
|---|---|---|
| USAGE TAX | TAXABLE VALUE | $0.00 |
| | 6% TAX | $0.00 |
| | TAX CREDIT | $0.00 |
| REG FEE | STATE FEE | $15.00 |
| | CLERK FEE | $6.00 |
| TITLE FEE | STATE FEE | $0.00 |
| | CLERK FEE | $0.00 |
| LIEN | LIEN FEES | $0.00 |
| AD VALOREM TAX | ASSESSED VALUE | $3,000.00 |
| | ASSESSED YEAR | 2024 |
| | NO. OF YEARS | 1 |
| | TOTAL AD VAL. | $37.98 |
| | CLERK LIEN FEE | $0.00 |

DATE OF ISSUE   CLERK I.D.
01/26/2024      ALG

COUNTY CLERK:   Kenny Barger
COUNTY OF ISSUANCE:  MADISON

Does your vehicle have an open recall? Some issues covered by recalls pertain to serious safety risks, and all are fixed for free. Check your vehicle at:
www.CheckToProtect.org

TOTAL PAID:   $58.98

SIGNATURE
KAVIS  1  1.3   RMCH017U   03:54 PM EST   01/26/2024

Exhibit A

# COMMONWEALTH OF KENTUCKY
## CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|
| 232070760021 | 20 | CHEV | SILVRDO | 1GC5YME7XLF322030 | TRANSFER | |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | | PREV. TITLE NO/STATE |
|---|---|---|---|---|---|---|---|
| PK | WHI | 08 | 47309 | | 6 | | 232070760020 KY |

BRAND(S)

REMARKS:

DATE OF ISSUE  07/28/23    FUEL

USAGE TAX PAID  2628.00

OWNER(S) NAME

T9  FITZPATRICK, DONALD
1152 RED LICK RD
BEREA KY  40403-9647



FIRST LIENHOLDER
COMMUNITY TRUST BAN
PO BOX 2947
PIKEVILLE
KY 41502

| | FIRST LIEN | | | SECOND LIEN | |
|---|---|---|---|---|---|
| Notation No | | County | Notation No | | County |
| 2306119 | | MADI | | | |
| Filing Date | 07-27-23 | | Filing Date | | |
| Released By | | | Released By | | |
| County Clerk's use Only | | Date | County Clerk's use Only | | Date |

SECOND LIENHOLDER

Exhibit B

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.



Commissioner, Department of Vehicle Regulation, Kentucky Transportation Cabinet

CONTROL NO. C34064008

*** TRANSFER OF TITLE BY OWNER: 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN PENALTIES. ***

## FIRST DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____     Transferee/Buyer Signature _____
Transferor/Seller Printed Name _____     Transferee/Buyer Printed Name _____
Date of Transfer _____ Seller/Dealer No. _____     Buyer/Dealer No. _____

Subscribed and attested before me on this date ___ ___ ___ . My Commission expires ___ ___ ___
                                          MM  DD  YY                              MM  DD  YY

Commission No. _____     Signature/Title _____

## SECOND DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING — ODOMETER DISCREPANCY

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____     Transferee/Buyer Signature _____
Transferor/Seller Printed Name _____     Transferee/Buyer Printed Name _____
Date of Transfer _____ Seller/Dealer No. _____     Buyer/Dealer No. _____

Exhibit B

Subscribed and attested before me on this date ___ ___ ___ . My Commission expires ___ ___ ___
                                          MM  DD  YY                              MM  DD  YY

Commission No. _____     Signature/Title _____

TC 96-180 REV. 09/01/2020

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

BOONE CIRCUIT COURT
CIVIL BRANCH

WISEWAY, LLC     PLAINTIFF

v.     Case # 23-CI-01268

FAST FLOW PLUMBING, LLC and
DONALD FITZPATRICK, and
ASHLEY FITZPATRICK     DEFENDANTS

## NOTICE OF BANKRUPTCY

COME the Defendants, Donald and Ashley Fitzpatrick, by and through counsel, and hereby provide Notice to the Court and to the parties hereto that they have filed for relief under Chapter 11 of the U.S. Bankruptcy Code by filing a Petition for Bankruptcy before the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division on April 29, 2024, Case No. 24-50512.

The filing for bankruptcy relief creates an automatic stay under 11 USC § 362 prohibiting all further legal proceedings against the Debtors, or property of the Debtors, or property of the Estate under the provisions of the automatic stay.

Exhibit C

efiled 4/30/24

HAMILTON LAW OFFICES, PLLC

By: /s/ John T. Hamilton
John T. Hamilton, KBA #28127
P.O. Box 240
Lexington, Kentucky 40588
Phone: (859) 523-7010
Cell:   (859) 948-0078
Email:  jhamilton@hamiltonlawky.com
Counsel for Donald and
Ashley Fitzpatrick

**Certificate of Service**

I hereby certify that a true copy of the foregoing Notice was this day mailed, postage prepaid, to:

Robert A. McMahon, Esq.
2245 Gilbert Ave., Ste 101
Cincinnati, OH  45206
*Counsel for Plaintiff*

Michael S. Fore, Esq.
P.O. Box 726
Richmond, KY  40475
*Counsel for Defendants*

John Hayne, Esq.
First Assistant Fayette Co. Attorney
201 E. Main Street, Ste. 200
Lexington, KY  40507

on this the 30th day of April 2024.

/s/ John T. Hamilton

2



# HAMILTON LAW OFFICES, PLLC
John T. Hamilton

P.O. Box 240 • Lexington, Kentucky 40588 • Phone: 859-523-7010 • Cell: 859-948-0078 • Email: jhamilton@hamiltonlawky.com

April 30, 2024

Robert A. McMahon, Esq.
Eberly McMahon Copetas, LLC
2245 Gilbert Avenue, Suite 101
Cincinnati, OH 45206

Re: **Wiseway, LLC v. Fast Flow Plumbing, LLC, and Donald and Ashley Fitzpatrick**
Boone Circuit Court, Case No. 23-CI-01268

Dear Mr. McMahon:

Please find enclosed a Notice of Bankruptcy filed with the Boone Circuit Court in this action showing that Donald and Ashley Fitzpatrick have filed a Chapter 11 bankruptcy proceeding with the United States Bankruptcy Court for the Eastern District of Kentucky. As set forth in this Notice, the Automatic Stay is now in effect, pursuant to 11 U.S.C. § 362.

Please cease any and all collection activities relating to this case against the Debtors, Donald and Ashley Fitzpatrick, or against any of their property or the property of the Estate. This includes proceeding with any execution that may have been issued or served upon Mr. and Mrs. Fitzpatrick or any of their property, specifically including motor vehicles.

I would also request that you advise the Fayette County Sheriff and Fayette County Attorney that any motor vehicles seized by the sheriff in reliance upon the execution order you obtained should be immediately released to my clients, Donald and Ashley Fitzpatrick, or their authorized agents. Failure to do so will constitute a violation of the automatic stay and may subject you or your client to sanctions by the bankruptcy court.

Exhibit D

Robert A. McMahon, Esq.
April 30, 2024
Page 2 of 2

    I appreciate your cooperation in overseeing a smooth transition and release of any of the Fitzpatricks' property. Please also release any outstanding garnishments or judgment liens which may have been filed of record. Failure to release those garnishments or liens will be considered a continuing violation of the automatic stay and, again, subject to sanctions.

                                                   With kindest regards,

                                                   John T. Hamilton

CC:

John Hayne, Esq.
First Assistant Fayette Co. Attorney
201 E. Main St., Ste. 600
Lexington, KY 40507

Michael S. Fore, Esq.
Simons & Fore, P.S.C.
P.O. Box 726
Richmond, KY 40475

Donald & Ashley Fitzpatrick
1152 Red Lick Rd.
Berea, KY 40403

BOONE CIRCUIT COURT
CIVIL BRANCH

WISEWAY, LLC                                                                                    PLAINTIFF

v.                                                                                    Case # 23-CI-01268

FAST FLOW PLUMBING, LLC and
DONALD FITZPATRICK, and
ASHLEY FITZPATRICK                                                                DEFENDANTS

---

### NOTICE OF BANKRUPTCY

COME the Defendants, Donald and Ashley Fitzpatrick, by and through counsel, and hereby provide Notice to the Court and to the parties hereto that they have filed for relief under Chapter 11 of the U.S. Bankruptcy Code by filing a Petition for Bankruptcy before the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division on April 29, 2024, Case No. 24-50512.

The filing for bankruptcy relief creates an automatic stay under 11 USC § 362 prohibiting all further legal proceedings against the Debtors, or property of the Debtors, or property of the Estate under the provisions of the automatic stay.

HAMILTON LAW OFFICES, PLLC

By: /s/ John T. Hamilton
John T. Hamilton, KBA #28127
P.O. Box 240
Lexington, Kentucky 40588
Phone: (859) 523-7010
Cell:   (859) 948-0078
Email:  jhamilton@hamiltonlawky.com
Counsel for Donald and
Ashley Fitzpatrick

**Certificate of Service**

I hereby certify that a true copy of the foregoing Notice was this day mailed, postage prepaid, to:

Robert A. McMahon, Esq.
2245 Gilbert Ave., Ste 101
Cincinnati, OH  45206
*Counsel for Plaintiff*

Michael S. Fore, Esq.
P.O. Box 726
Richmond, KY  40475
*Counsel for Defendants*

John Hayne, Esq.
First Assistant Fayette Co. Attorney
201 E. Main Street, Ste. 200
Lexington, KY  40507

on this the 30th day of April 2024.

/s/ John T. Hamilton
John T. Hamilton

2

## John Hamilton

| | |
|---|---|
| **From:** | John Hamilton |
| **Sent:** | Wednesday, May 1, 2024 2:04 PM |
| **To:** | bmcmahon@emclawyers.com |
| **Cc:** | john.hayne@fayettecountyattorney.com; Dave Eberly |
| **Subject:** | FW: Notice of Bankruptcy - Donald & Ashley Fitzpatrick |

Mr. McMahon, Please find attached an email sent to your office today, c/o Dave Eberly, containing a written demand for the immediate release and return of motor vehicles seized by the Fayette County Sheriff and belonging to the Debtors, Donald & Ashley Fitzpatrick. These seizures were based upon an Execution Order you obtained prior to the bankruptcy filing of the Fitzgeralds. Continuing to maintain possession of these vehicles after you have received a Notice of Bankruptcy is a violation of the Automatic Stay in effect pursuant 11 USC Sec. 362.
Please release these vehicles at once.

John T. Hamilton, Esq.
Hamilton Law Offices, PLLC
P.O. Box 240
Lexington, KY. 40588
Office: 859-523-7010
Cell: 859-948-0078
jhamilton@hamiltonlawky.com

**From:** John Hamilton
**Sent:** Wednesday, May 1, 2024 10:57 AM
**To:** Dave Eberly <deberly@emclawyers.com>
**Cc:** john.hayne@fayettecountyattorney.com
**Subject:** RE: Notice of Bankruptcy - Donald & Ashley Fitzpatrick

The vehicles are being held by the Fayette County Sheriff according to John Hayne of the Fayette County Attorney's Office. Continuing to hold them is a violation of the Automatic Stay and is sanctionable conduct for both your office and the Sheriff. My remedy is to file a motion to hold parties in contempt of the court order for violation of the stay. Demand is hereby made for their release.
If the vehicles are not released immediately a contempt motion will be filed and your appearance to show cause before the bankruptcy judge will be ordered.

Mr. Hayne, Please provide me today with and list of the vehicles being held and their current location for pickup. Also please provide me with any required protocol for pickup.
Thank you.

John T. Hamilton, Esq.
Hamilton Law Offices, PLLC
P.O. Box 240
Lexington, KY. 40588
Office: 859-523-7010
Cell: 859-948-0078
jhamilton@hamiltonlawky.com

Exhibit E

1

## John Hamilton

| | |
|---|---|
| From: | John Hayne <john.hayne@fayettecountyattorney.com> |
| Sent: | Thursday, May 2, 2024 11:21 AM |
| To: | John Hamilton; Dave Eberly; Bob McMahon |
| Cc: | Angela Evans |
| Subject: | RE: Notice of Bankruptcy - Donald & Ashley Fitzpatrick |

Good morning,

Pursuant to an order of the Boone Circuit Court, the Fayette County Sheriff's Office on Friday April 26, 2024, seized two vehicles titled in the *individual* names of the Fitzpatrick's. Our office learned that a bankruptcy had been filed in the name of the LLC, and not the Fitzpatrick's individually. As counsel for the Fayette County Sheriff, caution was exercised and we attempted communication with the creditor's attorney and the debtor's attorney letting all parties know that the Sheriff had seized the vehicles but that we had questions about the pending automatic stay in bankruptcy court. Although the automatic stay did not apply to the Fitzpatrick's in their individual capacity, we felt the prudent action was to seek input from counsel for the creditor and debtor prior to releasing the vehicles to the creditor. We stated that whether the trucks are delivered to the creditor or returned to the debtor, we would like to move forward as expeditiously as possible.

We learned that the creditor's attorney, Mr. McMahon, would be out of town with limited availability and returning on Monday May 6, 2024. We also learned that the Fitzpatrick's attorney, Michael Fore, had withdrawn from the case.

On Tuesday April 30, 2024, Mr. Hamilton notified our office and the creditor's attorney that the Fitzpatrick's had filed bankruptcy in their individual capacity. By letter dated April 30, 2024, Mr Hamilton requested from the creditor the immediate return of the vehicles and failure to do so "may subject you or your client to sanctions by the bankruptcy court." Mr. Eberly notified Mr. Hamilton that Mr. McMahon would return on Monday May 6 and would promptly respond to the letter. Via phone call, Mr. Hamilton has also informed the Fayette County Attorney's Office that the failure of the Fayette County Sheriff to immediately release the vehicles could subject the Sheriff to sanctions.

The Fayette County Sheriff, who is not a creditor, has not committed any intentional or willful violations of the automatic stay. I do understand the Fitzpatrick's desire to have their vehicles returned as soon as possible. However, counsel for the creditors will return from vacation on Monday May 6. At that time, we can all communicate regarding the position of the creditors on the return of the vehicle and if the creditor will authorize the Fayette County Sheriff to release the vehicles to the debtors. I believe this is a reasonable approach to attempt to amicably resolve this situation. The threat of contempt filings or sanctions against the creditor and/or the Sheriff seems premature given that Mr. Eberly has stated that Mr. McMahon will promptly review this matter on Monday. Without a release from the creditor, or a court order, we cannot advise the Fayette County Sheriff at this time to return the vehicles to the debtor until communication is had on Monday.

Mr. Hamilton: you requested an inventory of the vehicles seized, their location, and the protocol for return. I have gathered that information for you as follows.
2007 Chevy 2500 VIN/1GCHC29KX7E600130 — Blue Chevy Pickup
2020 Chevy 2500 VIN/1GC5YME7XLF322030 — Silverado
The vehicles are currently being stored at the Office of the Fayette County Sheriff Fleet Services Center located at 1700 Fortune Ct. #125 Lexington 40509.

Once the Sheriff authorizes release of the vehicles, the vehicles can be retrieved from this location.

1

Exhibit F

## John Hamilton

| | |
|---|---|
| **From:** | Bob McMahon <bmcmahon@emclawyers.com> |
| **Sent:** | Monday, May 6, 2024 10:53 AM |
| **To:** | John Hayne; John Hamilton |
| **Cc:** | Angela Evans; Dave Eberly; Wendy Dorn |
| **Subject:** | RE: Notice of Bankruptcy – Donald & Ashley Fitzpatrick |
| **Attachments:** | 4.16.24 Order to Proceed with Execution.pdf |

Counsel:

Now that I've returned from vacation and had the opportunity to review this matter, this email responds to Mr. Hayne's May 2nd email and Mr. Hamilton's various communications with my office via email, telephone, and correspondence.

I alone am counsel of record for Wiseway, LLC, and I am the only attorney in our firm licensed to practice law in Kentucky. Therefore, I appreciate the courtesy and professionalism by Mr. Haynes and the Fayette County Attorney's Office, as counsel for the Fayette County Sheriff, to avoid making decisions in my absence while I was on vacation. On the contrary, I do not appreciate Mr. Hamilton's repetitive communications with and baseless threats toward my client, me, and others in my firm *after* knowing that I was on vacation. Advocacy is commendable, but getting strident with my staff is not. Now, onto the merits and substance of the issues at hand.

Mr. Hayne correctly summarized the procedural status of these proceedings in his May 2nd email. There is no dispute that the Fayette County Sheriff seized two vehicles owned by Mr. and Mrs. Fitzpatrick on April 26, which was four days *before* the Fitzpatricks filed their bankruptcy petition and served notice of the same on April 30. At present, the Fayette County Sheriff is holding those vehicles, and neither our client nor the Sheriff has taken affirmative action to sell them—nor do we intend to do so.

The automatic stay preserves the status quo and does not require creditors to automatically turnover property seized before the automatic stay became effective. *See, e.g., City of Chicago v. Fulton*, 141 S. Ct. 585, 208 L. Ed. 2d 384 (2021). If Mr. Hamilton has contrary authority, please provide it for my consideration. Moreover, having effectively executed on the Fitzpatricks' personal vehicles, our client has a secured interest in the value of those vehicles more than the debtors' exemption rights under Kentucky law. We do not intend to impair our client's secured position except by agreed order once Mr. Hamilton provides information regarding the fair market value, existing liens, if any, and the Fitzpatricks' alleged exemption claim for both seized vehicles. In case Mr. Hamilton did not know, please note that Mr. Fitzpatrick previously asserted his exemption rights before the Boone Circuit Court on April 16 when the court disallowed our client's execution against his 2023 Cadillac CT5-V. A copy of the court's order is attached for counsel's convenience.

Finally, we are not aware of any legal authority requiring our client to release valid judgment liens recorded before the Fitzpatricks (and their company, for that matter) filed their bankruptcy petition. If the Fitzpatricks would like to move to impair the lien as to specific property, they may file an appropriate motion. But our client has not violated the automatic stay and, therefore, we would appreciate if Mr. Hamilton would stop threatening sanctions.

I am available by phone to discuss this matter further.

Regards,

Bob McMahon

Exhibit G

1