UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DONALD ANTHONY FITZPATRICK                     CASE NO. 24-50512
ASHLEY LOUISE FITZPATRICK                      CHAPTER 11, Sub V

DEBTORS

## ORDER GRANTING DEBTORS' MOTION FOR TURNOVER OF VEHICLES AND GRANTING SANCTIONS AGAINST ROBERT MCMAHON, COUNSEL FOR WISEWAY, LLC, FOR VIOLATION OF THE AUTOMATIC STAY

This matter, having come before the Court on the Motion of the Debtors for Turnover of Vehicles and Motion for Sanctions Against Wiseway, LLC, and Robert A. McMahon for Violation of the Automatic Stay; and the Court having reviewed the Motion and finding there is good cause shown for the relief requested,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted in all respects.

2. Wiseway, LLC, Robert McMahon, counsel, and the Fayette County Sheriff are hereby ordered and directed to turn over to the Debtors, through their authorized agent, within two business days from the date of entry of this Order, the 2007 Chevrolet Silverado and the 2020 Chevrolet Silverado at such time and place as indicated by Debtors' counsel, to such parties through written notice.

3. All counsel and agents for Wiseway, LLC, are hereby ordered to cease and desist any further collection activities against the Debtors or property of the Debtors' estate, pursuant to the provisions of 11 U.S.C. § 362.

4. Wiseway, LLC, and Robert McMahon, counsel, are hereby ordered and directed to pay Debtors' counsel, as reimbursement, reasonable attorney's fees and costs for Debtors' counsel which have been incurred for the bringing of this Motion as sanctions for violation of the Automatic Stay. If parties cannot agree as to the amount owed to Debtors' counsel within 10 days from the date of this Order, Debtors' counsel shall submit an affidavit of actual attorney's fees and costs for the Court's consideration.

5. Debtors' counsel shall serve a copy of this Order to all interested parties.

6. The Court shall retain jurisdiction over this matter to consider additional sanctions and to hear and determine all matters arising from the implementation of this Order.

Tendered for entry:

John T. Hamilton, KBA # 28127
Hamilton Law Offices, PLLC
P.O. Box 240
Lexington, KY 40588
Phone: (859) 523-7010
jhamilton@hamiltonlawky.com
*Counsel for Debtors*