UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

DONALD ANTHONY FITZPATRICK      CASE NO. 24-50512-grs
ASHLEY LOUISE FITZPATRICK     CHAPTER 11, Sub V

    DEBTORS

## DEBTORS' SUBCHAPTER V STATUS CONFERENCE REPORT

COME the Debtors, Donald and Ashley Fitzpatrick, as Debtors in possession, by and through counsel, and pursuant to this Court's Order dated April 30, 2024 (Doc. 10), submit the following status report:

1.     The Debtors filed a Voluntary Petition under Chapter 11 of the U.S. Bankruptcy Code, Subpart V, on April 29, 2024. On May 2, 2024, Charity S. Bird was appointed as the Subchapter V Trustee (Doc. 12).

2.     The Debtors are 50/50 owners of a residential and commercial plumbing business known as Fast Flow Plumbing, LLC. Fast Flow filed for Chapter 11 bankruptcy relief on March 26, 2024, in this District, Case No. 24-50346.

    The Debtors personally own numerous vehicles and certain equipment, which is leased to Fast Flow Plumbing for use in its plumbing business. Certain equipment owned by the Debtors and used by Fast Flow is subject to secured claims from lenders, and Fast Flow is making regular monthly payments to those lenders for use of that equipment.

3. The Debtors attended an initial conference with the U.S. Trustee on May 7, 2024. The Debtors also attended the scheduled 341 Meeting of Creditors on May 28, 2024, also conducted by the U.S. Trustee.

4. The Debtors have taken steps to establish a debtor-in-possession bank account at Community Trust Bank in Lexington, Kentucky, and will report such account information to the U.S. Trustee.

5. The Debtors filed a Petition to Employ John T. Hamilton and Hamilton Law Offices, PLLC, as counsel for the Debtors and Debtors-in-Possession on May 13, 2024 (Doc. 23), and are awaiting a Final Order approving such employment from the Court.

6. The Debtors will file their initial Monthly Operating Report for the period from April 29, 2024, through May 31, 2024, on or before June 20, 2024, as required by the Operating Orders of this Court.

7. The Debtors have provided bank records and proof of insurance to the U.S. Trustee Office as requested.

8. The Debtors have provided prior years' income tax returns to the U.S. Trustee and have received an extension for filing of their 2023 personal income tax returns. Those returns will be provided to the U.S. Trustee upon filing.

9. The Debtors derive their personal income from three sources:

- Employment of each Debtor by Fast Flow Plumbing.
- Lease income from Fast Flow Plumbing.
- Employment income for Ashley Fitzpatrick through a home healthcare agency.

10. The Debtors are in the process of liquidation of unproductive and

unnecessary assets, and they will seek approval of all sales by this Court through 11 U.S.C. § 363.

11. The Debtors will undertake a liquidation analysis and valuation of claims filed in order to formulate a reorganization plan, which is anticipated to have a 60-month term.

The Debtors anticipate an increase in their individual monthly income from Fast Flow Plumbing in the next three to six months, which will enable them to pay for their monthly living expenses, pay their fixed monthly payments to secured creditors on retained assets, and fund Plan payments for administrative expenses, priority claims, and unsecured claims.

A portion of the funding of the Debtors' Plan will come from the controlled liquidation of certain non-exempt assets.

12. The IRS has filed an unsecured priority claim for $6,204.36 for taxes owing for tax year 2023 based upon an estimated tax, as the Debtors have not yet filed their 2023 income tax returns. Any amount owing to the IRS for the 2023 personal income taxes will be paid in full through the Debtors' Chapter 11 Plan.

13. Two motor vehicles belonging to the Debtors were seized by a judgment creditor, Wiseway, LLC, three days prior to the filing of the Debtors' Bankruptcy Petition and are still being held by that creditor in violation of the Automatic Stay under 11 U.S.C. § 362. The Debtors have filed a Motion for Sanctions and Turnover of the Vehicles, which is set for hearing before this Court on June 18, 2024 (Doc. 45).

14. The Debtors have determined that the deadline to file a Chapter 11 Reorganization Plan is on or about July 29, 2024. Debtors' counsel will draft the

Chapter 11 Plan and will seek assistance from the Subchapter V trustee in reviewing the Plan and negotiating with creditors.

15. The claims bar date for filing claims in this case is set for July 8, 2024.

WHEREFORE, the Debtors request that this Court accept the Status Conference Report filed herein as being in full compliance with 11 U.S.C. § 1188(c).

HAMILTON LAW OFFICES, PLLC

By: /s/ John T. Hamilton
John T. Hamilton, KBA # 28127
Hamilton Law Offices, PLLC
P.O. Box 240
Lexington, KY 40588
Phone: (859) 523-7010
jhamilton@hamiltonlawky.com
*Counsel for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Status Conference Report was served electronically through the Court's ECF system and was served on all other creditors and parties in interest by electronic mail or first-class U.S. mail on this, the 4th day of June, 2024.

/s/ John T. Hamilton
John T. Hamilton
*Counsel for Debtors*

4